SEUZENEAU, KRISTOFER & Adrienne                              10-13298

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                107
                                  60-249 / 433
                                  27
                                  9983

| Case | Debtor |
|---|---|
| 10-13298-A | SEUZENEAU, KRISTOFER MICHAEL, |
| 92002002875466 | SEUZENEAU, ADRIENNE ELLEN |
| COMBINED SMALL CHECK | |

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

Date   03/30/2011      $ ***********8.69

~~~Eight Dollars and 69/100

Pay to the Order of   U.S. Bankruptcy Court

David V. Adler

DAVID V. ADLER, Trustee

⑈000000107⑈ ⑆043302493⑆ 9200200287546⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228395   - KW
* * C O P Y * *
April 01, 2011
15:00:58

4/1/11
DEPOSITED TO 106000

Due: VARIOUS - SEE LETTER

dl

UNC.UNDER$25
10-13298
Debtor.: KRISTOFER MICHAEL SEUZENEAU
Trustee: David Adler
Amount.:           $8.69 CH
Check#.: 107

Total-> $8.69

FROM: ADLER

**David V. Adler,**
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)

March 30, 2011

R. Marla Hamilton
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: Seuzeneau, Kristofer Michael
    Case No. 10-13298

Dear Ms. Hamilton,

Enclosed, pursuant to Federal Rules of Bankruptcy Procedure 3010(a), please find check (#107) which represents dividend(s) issued to the following creditors.

| Claim No. | Claimant Name(s) | Amount |
|---|---|---|
| 1 | Entergy Louisiana LLC | $ 2.41 |
| 2 | Entergy New Orleans, Inc. | 1.95 |
| 6 | CLECO Power | .99 |
| 7 | Genesis Financial Solutions, Inc. | 3.34 |
| | | $.8.69 |

Sincerely Yours,

*David V. Adler*

David V. Adler, Trustee

cc: Office of U.S.T., w/o enclosure(s)